```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 08 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTHLIGHT FUND, LP,

                Plaintiff,

  -against-

STEWARDSHIP CREDIT ARBITRAGE FUND, LLC,
STEWARDSHIP CREDIT ARBITRAGE FUND,
LTD., ACORN CAPITAL GROUP, LLC, MARLON
QUAN and DOES 1-100, inclusive,

                Defendants.
------------------------------------------------------------X

11-CIV-7840 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Northlight Fund LP hereby voluntarily dismisses this action as against defendants Acorn Capital Group LLC and Marlon Quan without prejudice.

Dated: December 20, 2012

                TAGLIAFERRO & LOPRESTI, LLP

                By: _____
                      Marc X. LoPresti (ML 8455)
                      45 Broadway, Suite 610
                      New York, New York 10006
                      (212) 732-4029

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
1/8/13