```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 08 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORTHLIGHT FUND, LP,

                Plaintiff,

  -against-

STEWARDSHIP CREDIT ARBITRAGE FUND, LLC,
STEWARDSHIP CREDIT ARBITRAGE FUND,
LTD., ACORN CAPITAL GROUP, LLC, MARLON
QUAN and DOES 1-100, inclusive,

                Defendants.
-----------------------------------------------------------------X

11-CIV-7840 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Northlight Fund LP hereby voluntarily dismisses this action as against defendants Stewardship Credit Arbitrage Fund, Ltd. and Stewardship Credit Arbitrage Fund, LLC without prejudice.

Dated: January 7, 2013

                                    TAGLIAFERRO & LOPRESTI, LLP

                        By: _____
                            Marc X. LoPresti (ML 8455)
                            45 Broadway, Suite 610
                            New York, New York 10006
                            (212) 732-4029

**SO ORDERED:**

_____
HON. RONNIE ABRAMS
**UNITED STATES DISTRICT JUDGE**

1/8/13