USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 08 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORTHLIGHT FUND, LP,

                Plaintiff,

  -against-

STEWARDSHIP CREDIT ARBITRAGE FUND, LLC,
STEWARDSHIP CREDIT ARBITRAGE FUND,
LTD., ACORN CAPITAL GROUP, LLC, MARLON
QUAN and DOES 1-100, inclusive,

                Defendants.
-----------------------------------------------------------------X

11-CIV-7840 (JSR)

**NOTICE OF
VOLUNTARY
DISMISSAL
WITHOUT
PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Northlight Fund LP hereby voluntarily dismisses this action as against defendants DOES 1-100 without prejudice.

Dated: January 8, 2013

TAGLIAFERRO & LOPRESTI, LLP

By: _____
Marc X. LoPresti (ML 8455)
45 Broadway, Suite 610
New York, New York 10006
(212) 732-4029

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

1/8/13